IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASMIN URENA, <br><br> Plaintiff, <br><br> v. <br><br> LA FITNESS AND FITNESS INTERNATIONAL, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 20-964 |

## ORDER

**AND NOW**, this 29th day of July, 2021, upon review of Defendant's Motion for Summary Judgment, Plaintiff's opposition thereto, and Defendant's reply, and after argument being held, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Docket No. 16) is **GRANTED**; and

2. Plaintiff's Complaint is **DISMISSED** with prejudice.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.